AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Melgren, Eric F. | U.S. District Court, D. Kansas | 07/11/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Hon. Eric F. Melgren
United States Courthouse #414
401 N. Market
Wichita, Kansas 67202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Rotary Club of Wichita |
| 2. | President | Federal Bar Association for Districts of Kansas and Western Missouri |
| 3. | Chairman of the Board | Advisory Board, Cohen Honors College, Wichita State University |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melgren, Eric F. | 07/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 01/22/15 - 01/23/15 | Philadelphia, PA | Panelist at Disability Insurance Claims conference | Transportation, Lodging |
| 2. | Federal Bar Association | 05/01/15 - 05/02/15 | Arlington, VA | New officer leadership training workshop | Transportation, Lodging |
| 3. | American Conference Institute | 07/26/15 - 07/27/15 | Chicago, IL | Panelist at Employment Discrimination and Bad Faith conferences | Transportation, Lodging |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Department of Education | Student Loan | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melgren, Eric F. | 07/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America IRA (cash eqv) | A | Interest | J | T | | | | | |
| 2. Axa Equitable Variable Life Insurance EQ Money Market | | None | J | T | | | | | |
| 3. Northwestern Mutual General Mny Mkt | A | Interest | J | T | | | | | |
| 4. Northwestern Mutual Invesco Balanced - Risk Commodity | | None | J | T | Buy | 12/08/15 | J | | |
| 5. Northwestern Mutual Brown Capital Management Small | A | Distribution | J | T | | | | | |
| 6. Northwestern Mutual Columbia Acorn International Fund | A | Distribution | J | T | | | | | |
| 7. Northwestern Mutual Delaware Emerging Markets Fund | A | Dividend | | | Sold | 12/08/15 | J | | |
| 8. Northwestern Mutual Dodge & Cox Income Fund | A | Dividend | J | T | | | | | |
| 9. Northwestern Mutual EuroPacific Growth Fund | A | Dividend | J | T | | | | | |
| 10. Northwestern Mutual Fidelity Advisor Mid Cap II Fund | A | Distribution | J | T | | | | | |
| 11. Northwestern Mutual Fidelity Advisor New Insights Fund Class | B | Distribution | K | T | | | | | |
| 12. Northwestern Mutual The Oakmark International Fund | A | Distribution | J | T | | | | | |
| 13. Northwestern Mutual International Growth and Income | A | Dividend | J | T | | | | | |
| 14. Northwestern Mutual John Hancock Disciplined Value | A | Distribution | J | T | | | | | |
| 15. Northwestern Mutual MFS Value Fund Class I | B | Distribution | K | T | | | | | |
| 16. Northwestern Mutual Metropolitan West Total Return Bond | A | Dividend | J | T | | | | | |
| 17. Northwestern New World Fund Class F-2 | A | Dividend | J | T | Buy | 12/08/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melgren, Eric F. | 07/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Northwestern Mutual Northern Small Cap Value Fund | A | Distribution | J | T | | | | | |
| 19. Northwestern Mutual Pimco Commodities Plus Strategy Fund | A | Dividend | | | Sold | 12/08/15 | J | | |
| 20. Northwestern Mutual T Rowe Price Emerging Markets | A | Dividend | J | T | | | | | |
| 21. Northwestern Mutual T Rowe Price Real Estate | A | Dividend | J | T | | | | | |
| 22. Elara interval vacation property, Las Vegas, NV | | None | L | R | Buy | 07/16/15 | L | | |
| 23. Breakers of Ft. Lauderdale, FL interval vacation property | | None | J | R | Buy | 12/06/15 | J | | |
| 24. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Item 22: Elara interval vacation property in Las Vegas, NV -- a smaller ownership in thie property was purchased for $23,914 on 2/02/14, but omitted from the 2014 Financial Disclosure report. On the date shown on ths report, 07/16/15, that ownership and a payment of $46,137 were traded for a larger onwerhsip interest, for the current ownership status shown of value code L.

Part VII, Item 23: the Breakers of Ft. Lauderdale prpoerty was purchased on 12/06/15 for $5,906.

| Name of Person Reporting | Date of Report |
|---|---|
| Melgren, Eric F. | 07/11/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Eric F. Melgren**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544